AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v.
HINCHLIFFE, ELIZABETH M
142 SUNSET DR

RICHBORO, PA 18954

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

Case No. 18-M-1524

USM No.

PRO SE
Defendant's Attorney

**THE DEFENDANT:** HINCHLIFFE, ELIZABETH M

☐ **THE DEFENDANT** pleaded guilty to count(s)

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. 2.35(c) | Under the Influence of Alcohol | 9/26/2018 | 1 |

☑ Count(s) 2 - 36 CFR 2.34(a) Disorderly Cond  ☑ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $130.00 | $ 0.00 | $ 100.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence:
RICHBORO, PA

SEPTEMBER 26, 2018
Date of Imposition of Judgment

Signature of Judge

JACOB P. HART - U. S. MAGISTRATE JUDGE
Name and Title of Judge

OCTOBER 1, 2018
Date